No. 99–5341 (A–80).   IN RE STRICKLER.   Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.   Motion of peti-

tioner for leave to file a supplement in support of petition under seal denied. Petition for writ of habeas corpus denied.